## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Wallace Brown Jr.<br>  　　　　Debtor | CHAPTER 13 |
| Toyota Lease Trust<br>  　　　　Movant<br>vs. | NO. 16-15831 MDC |
| Wallace Brown Jr.<br>  　　　　Debtor | |
| William C. Miller Esq.<br>  　　　　Trustee | 11 U.S.C. Section 362 |

### ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Lease Trust, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2015 LEXUS IS250 , VIN: JTHCF1D20F5023270 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this 6th day of April , 2017.

　　　　　　　　　　　　　　　　　　　　　　_Magdeline D. C_____
　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

cc: See attached service list

Wallace Brown Jr.
7719 Orpheus Place
Philadelphia, PA  19153

David M. Offen, 601 Walnut Street
Suite 160 West
Philadelphia, PA  19106

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532