# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 16-15831-MDC

WALLACE BROWN  JR.

7719 ORPHEUS PLACE

PHILADELPHIA, PA 19153

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    WALLACE BROWN  JR.

    7719 ORPHEUS PLACE

    PHILADELPHIA, PA 19153

Counsel for debtor(s), by electronic notice only.

    DAVID OFFEN ESQUIRE
    601 WALNUT ST., SUITE 160 WEST

    PHILADELPHIA, PA 19106-

Date: 4/25/2017

                                                          /S/ William C. Miller
                                                          _____

                                                          William C. Miller, Esquire
                                                          Chapter 13 Standing Trustee