United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Wallace Brown, Jr.  
    Debtor

Case No. 16-15831-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Marie     Page 1 of 1     Date Rcvd: Aug 23, 2017  
                      Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2017.  
13791472     +JPMORGAN CHASE BANK,N.A. on behalf of PHEAA,     PHEAA,     PO Box 8147, Harrisburg, PA 17105-8147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2017                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2017 at the address(es) listed below:  
         BRIAN CRAIG NICHOLAS     on behalf of Creditor     Toyota Lease Trust bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
         DAVID M. OFFEN     on behalf of Debtor Wallace   Brown, Jr. dmo160west@gmail.com, davidoffenecf@gmail.com  
         JOHN ERIC KISHBAUGH     on behalf of Creditor     PNC Bank, National Association jkishbaugh@udren.com, vbarber@udren.com  
         MATTEO SAMUEL WEINER     on behalf of Creditor     Toyota Lease Trust bkgroup@kmllawgroup.com  
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,  philaecf@gmail.com  
                                                                                                            TOTAL: 6

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-15831-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Wallace Brown, Jr.
7719 Orpheus Place
Philadelphia PA 19153

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/22/2017.

Name and Address of Alleged Transferor(s):

Claim No. 2: JPMORGAN CHASE BANK,N.A. on behalf of PHEAA, PHEAA, PO Box 8147, Harrisburg, PA 17105

Name and Address of Transferee:

Educational Credit Management Corporation
P.O. Box 16408
St. Paul, MN 55116-0408

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   08/25/17

Tim McGrath
**CLERK OF THE COURT**