IN THE UNITED STATES BANKRUPTCY
COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Wallace Brown, Jr. | CHAPTER 13 |
| | CASE NO. 16-15831-MDC |
| | 11 U.S.C. SEC. 362 |
| PNC Bank, National Association<br>Movant<br>vs.<br>Wallace Brown, Jr.<br>    Debtor(s)<br>        and<br>William C. Miller, Esquire<br>    Trustee | **HEARING DATE: September 7, 2017**<br>**TIME: 11:00am** |

RESPONDENTS

**ORDER**

AND NOW, this _____ 7th _____ day of ___ September ___ , 20 17 ____ ,
it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. §362 is modified with respect to premises:

7719 Orpheus Place
Philadelphia, PA 19153

as to allow the Movant to foreclose on its mortgage and allow the purchaser of said premises at Sheriff's Sale (or purchaser's assignee) to take any legal action for enforcement of its right to possession of said premises.

The relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

The relief granted by this order shall be effective immediately and shall not be subject to the ten day period set forth in Bankruptcy Rule 4001(a)(3).

_Magdeline D. Coleman_
Bankruptcy Judge

cc.    Nicole LaBletta, Esquire
       UDREN LAW OFFICES, P.C.
       Woodcrest Corporate Center
       111 Woodcrest Road, Suite 200
       Cherry Hill, New Jersey 08003-3620

       William C. Miller, Trustee
       Chapter 13 Trustee
       1234 Market Street
       Suite 1813
       Philadelphia, PA 19107

       David M. Offen, Esq.
       The Curtis Center
       601 Walnut Street
       Suite 160 West
       Philadelphia, PA 19106

       Wallace Brown, Jr.
       7719 Orpheus Place
       Philadelphia, PA 19153