United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-15831-mdc
Wallace Brown, Jr.                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Jennifer        Page 1 of 1        Date Rcvd: Sep 19, 2017
                            Form ID: pdf900       Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 21, 2017.
db            +Wallace Brown, Jr.,    7719 Orpheus Place,    Philadelphia, PA 19153-1717
13827325      +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
13777661      +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 19, 2017 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Toyota Lease Trust bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DAVID M. OFFEN    on behalf of Debtor Wallace  Brown, Jr. dmo160west@gmail.com,
               davidoffenecf@gmail.com
              JOHN ERIC KISHBAUGH    on behalf of Creditor    PNC Bank, National Association jkishbaugh@udren.com,
               vbarber@udren.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              NICOLE B. LABLETTA    on behalf of Creditor    PNC Bank, National Association nlabletta@udren.com,
               vbarber@udren.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 7

IN THE UNITED STATES BANKRUPTCY
COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Wallace Brown, Jr. | CHAPTER 13 |
| | CASE NO. 16-15831-MDC |
| | 11 U.S.C. SEC. 362 |
| PNC Bank, National Association<br>    Movant<br>vs.<br>Wallace Brown, Jr.<br>    Debtor(s)<br>and<br>William C. Miller, Esquire<br>    Trustee | HEARING DATE: September 7, 2017<br>TIME: 11:00am |

RESPONDENTS

## ORDER

AND NOW, this ___7th___ day of ___September___, 20_17___, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. §362 is modified with respect to premises:

    7719 Orpheus Place
    Philadelphia, PA 19153

as to allow the Movant to foreclose on its mortgage and allow the purchaser of said premises at Sheriff's Sale (or purchaser's assignee) to take any legal action for enforcement of its right to possession of said premises.

The relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

The relief granted by this order shall be effective immediately and shall not be subject to the ten day period set forth in Bankruptcy Rule 4001(a)(3).

_Magdeline D. Coleman_
Bankruptcy Judge

cc.  Nicole LaBletta, Esquire
UDREN LAW OFFICES, P.C.
Woodcrest Corporate Center
111 Woodcrest Road, Suite 200
Cherry Hill, New Jersey 08003-3620

William C. Miller, Trustee
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107

David M. Offen, Esq.
The Curtis Center
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106

Wallace Brown, Jr.
7719 Orpheus Place
Philadelphia, PA 19153