United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                            Case No. 16-15831-mdc
Wallace Brown, Jr.                                                Chapter 13
      Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: YvetteWD          Page 1 of 3          Date Rcvd: Aug 06, 2020
                              Form ID: pdf900         Total Noticed: 56
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2020.
```
db         +Wallace Brown, Jr.,    7719 Orpheus Place,    Philadelphia, PA 19153-1717
aty        +JOHN ERIC KISHBAUGH,    Udren Law Offices PC,    111 Woodcrest Road,    Cherry Hill, NJ 08003-3620
13777622   +ACS Education Services,    Po Box 7052,   Utica, NY 13504-7052
13777626   +ARB,   PO Box 70256,    Philadelphia, PA 19176-0256
13777624    Alliance One,    PO Box 960,   Plymouth Meeting, PA 19462-0960
13815276    American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
             Malvern  PA 19355-0701
13777625   +Amex,   Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
13777627   +Arcadia Recovery,    PO Box 70256,   Philadelphia, PA 19176-0256
13838181   +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13777630   +Citibank Sears,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
             Saint Louis, MO 63179-0040
13777635   +Credit First/CFNA,    Bk13 Credit Operations,    Po Box 818011,    Cleveland, OH 44181-8011
13777636   +Del Ser, Inc.,    PO Box 329,   Willow Street, PA 17584-0329
13777637   +Department of Motor Vehicles,    Adjudicaiton Services,    PO Box 2014,
             Washington, DC 20013-2014
13971465    Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN 55116-0408
13777646   +Financial Recoveries,    PO Box 1388,    Mount Laurel, NJ 08054-7388
13777647   +Fst Collect,    Po Box 102,   Lewes, DE 19958-0102
13777648   +Health Access Network,    PO Box 8500-6355,    Philadelphia, PA 19178-0001
13791472   +JPMORGAN CHASE BANK,N.A. on behalf of PHEAA,    PHEAA,    PO Box 8147,
             Harrisburg, PA 17105-8147
13777650    Jefferson University Physicians,    PO Box 40089,    Philadelphia, PA 19106-0089
13777651    Mercy Diagnostic Imaging,    P.O. Box 468,    Berwick, PA 18603-0468
13777652   +Mercy Health Network PP,    PO Box 824270,    Philadelphia, PA 19182-4270
13777653   +National Collegiate,    Po Box 61047,    Harrisburg, PA 17106-1047
13826010   +National Collegiate Student Loan Trust 2005-3,    Transworld Systems, Inc.,    PO Box 4275,
             Norcross, GA 30091-4275
13825987   +National Collegiate Student Loan Trust 2006-1,    Transworld Systems, Inc.,    PO Box 4275,
             Norcross, GA 30091-4275
13777658   +PGW,   Credit and Collections Department,    800 W. Montgomery Avenue, 3rd Floor,
             Philadelphia, PA 19122-2806
13827325   +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
13777656    Penn Credit,    916 S. 14th St,,    P.O. Box 988,    Harrisburg, PA 17108-0988
13777657   +Penn Medicine,    University of Pennsylvania Health System,
             1500 Market St., 8th Fl., West Tower,    Philadelphia, PA 19102-2139
13777660   +Pioneer,   Credit Recovery Inc.,    26 Edward Street,    Arcade, NY 14009-1012
13777661   +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
13777662   +Pro Co,    POB 2462,    Aston, PA 19014-0462
13777663   +Professional Account Management LLC,    PO Box 37038,    Washington, DC 20013-7038
13777664   +Quest Diagnostics,    PO Box 740775,    Cincinnati, OH 45274-0775
13777667  ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
            (address filed with court: Toyota Motor,    PO Box 8026,   Cedar Rapids, IA 52408)
13817325   +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
             Addison, Texas 75001-9013
13777668   +Trustees UPHS Hub Patient,    PO Box 824336,    Philadelphia, PA 19182-4336
13777669   +Udren Law Offices, P.C.,    Woodcrest Corporate Center,    111 Woodcrest Road,   Suite 200,
             Cherry Hill, NJ 08003-3620
13777670   +Visa Dept Store National Bank,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
13777659    philadelphia parking authority,    2467 grant avenue,    Philadelphia, PA 19114-1004
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: megan.harper@phila.gov Aug 07 2020 03:58:52     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 07 2020 03:58:49     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13777631    E-mail/Text: megan.harper@phila.gov Aug 07 2020 03:58:52     City of Philadelphia - Law Dept.,
             One Parkway Bldg.,    1515 Arch Street, 14th Fl,    Philadelphia, PA 19107
13865818   +E-mail/Text: megan.harper@phila.gov Aug 07 2020 03:58:52
             CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT,    BANKRUPTCY GROUP - MSB,
             1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13777632    E-mail/Text: convergent@ebn.phinsolutions.com Aug 07 2020 03:58:49
             Convergent Outsoucing, Inc,    Po Box 9004,    Renton, WA 98057-9004
13777633    E-mail/Text: convergent@ebn.phinsolutions.com Aug 07 2020 03:58:49
             Convergent Outsourcing, Inc.,    P.O. Box 9004,    Renton, WA 98057-9004
13777634   +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 07 2020 03:58:57
             Credit Collection Services,    725 Canton Street,    Norwood, MA 02062-2679
13837151    E-mail/Text: bnc-quantum@quantum3group.com Aug 07 2020 03:58:32
             Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
             Kirkland, WA  98083-0657
13777638   +E-mail/Text: electronicbkydocs@nelnet.net Aug 07 2020 03:58:43     Dept Of Ed/Nelnet,
             Attn: Claims,   Po Box 82505,    Lincoln, NE 68501-2505
```

```
District/off: 0313-2           User: YvetteWD              Page 2 of 3              Date Rcvd: Aug 06, 2020
                               Form ID: pdf900             Total Noticed: 56
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13777640        +E-mail/Text: electronicbkydocs@nelnet.net Aug 07 2020 03:58:43      Dept Of Ed/Nelnet,
                 121 S 13th St,    Lincoln, NE 68508-1904
13777649        +E-mail/Text: sbse.cio.bnc.mail@irs.gov Aug 07 2020 03:58:29      Internal Revenue Service,
                 Attn: Special Procedures,     P.O. Box 7346,    Phila pa 19101-7346
13822743        +E-mail/Text: bankruptcydpt@mcmcg.com Aug 07 2020 03:58:41      MIDLAND FUNDING LLC,
                 PO BOX 2011,    WARREN, MI 48090-2011
13843016         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 07 2020 03:55:17
                 Portfolio Recovery Associates, LLC,     POB 41067,    Norfolk VA 23541
13778114        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 07 2020 03:58:36
                 Pennsylvania Department of Revenue,     Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
13777665         E-mail/PDF: clerical@simmassociates.com Aug 07 2020 03:56:11      Simms Associates,
                 P.O. Box 7526,    Newark, DE 19714-7526
13777666        +E-mail/PDF: gecsedi@recoverycorp.com Aug 07 2020 03:54:14      Synchrony Bank/Banana Republic,
                 Po Box 965064,    Orlando, FL 32896-5064
13793666        +E-mail/Text: electronicbkydocs@nelnet.net Aug 07 2020 03:58:43
                 US Department of Education c/o Nelnet,    121 South 13th Street, Suite 201,
                 Lincoln, NE 68508-1911
                                                                                               TOTAL: 17

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
cr*              Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN 55116-0408
13777623*       +ACS Education Services,    Po Box 7052,    Utica, NY 13504-7052
13777629*       +Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
13777645*      ++CITY OF PHILADELPHIA LAW DEPARTMENT,     MUNICIPAL SERVICES BUILDING,
                 1401 JOHN F KENNEDY BLVD 5TH FLOOR,    PHILADELPHIA PA 19102-1617
                (address filed with court: Dept of Revenue,     City of Philadelphia,    PO Box 1630,
                 Philadelphia, PA 19105)
13777639*       +Dept Of Ed/Nelnet,    Attn: Claims,    Po Box 82505,    Lincoln, NE 68501-2505
13777641*       +Dept Of Ed/Nelnet,    Attn: Claims,    Po Box 82505,    Lincoln, NE 68501-2505
13777642*       +Dept Of Ed/Nelnet,    Attn: Claims,    Po Box 82505,    Lincoln, NE 68501-2505
13777644*       +Dept Of Ed/Nelnet,    Attn: Claims,    Po Box 82505,    Lincoln, NE 68501-2505
13777643*       +Dept Of Ed/Nelnet,    121 S 13th St,    Lincoln, NE 68508-1904
13777654*       +National Collegiate,    Po Box 61047,    Harrisburg, PA 17106-1047
13777628       ##+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
13777655       ##+Newtown Professional Billing,    PO Box 235,    Newtown, PA 18940-0235
                                                                                   TOTALS: 0, * 11, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2020                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 6, 2020 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Toyota Lease Trust bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DAVID M. OFFEN    on behalf of Debtor Wallace  Brown, Jr. dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              NICOLE B. LABLETTA    on behalf of Creditor    PNC Bank, National Association
               nlabletta@pincuslaw.com,    brausch@pincuslaw.com
```

```
District/off: 0313-2          User: YvetteWD              Page 3 of 3                Date Rcvd: Aug 06, 2020
                              Form ID: pdf900             Total Noticed: 56
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

                United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com

                                                                                          TOTAL: 6

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
WALLACE BROWN  JR.

Chapter 13

Debtor

Bankruptcy No. 16-15831-MDC

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

August 6, 2020

_____  
Magdeline D. Coleman  
Chief Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
DAVID OFFEN ESQUIRE  
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:  
WALLACE BROWN  JR.

7719 ORPHEUS PLACE

PHILADELPHIA, PA 19153